

FORM B1
(Official Form 1) (9/97)

| UNITED STATES BANKRUPTCY COURT  Northern DISTRICT OF  Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (If individual, enter Last, First, Middle):<br>Johnson, Philip | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by debtor in the last 6 years<br>(include married, maiden and trade names):<br>Philip E. Johnson | All Other Names used by the joint debtor in the last 6 years<br>(include married, maiden and trade names):<br>**Chapter 13 W/No Plan** |
| Soc. Sec./Tax I.D. No. (If more than one, state all):<br>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 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip):<br>1746 W. 89th St.<br>Chicago, IL 60620-4966 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code): |
| County of Residence or of the<br>Principal Place of Business:<br>Cook | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (If different from street address)<br>SAME | Mailing Address of Joint Debtor (If different from street address): |
| Location of Principal Assets of Business Debtor<br>(If different from addresses listed above) | NOT APPLICABLE |

### Information Regarding the Debtor (Check the Applicable Boxes)

Venue: (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

| Type of Debtor (Check all applicable box) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ■ Individual(s)      ☐ Railroad<br>☐ Corporation      ☐ Stockbroker<br>☐ Partnership     ☐ Commodity Broker<br>☐ Other | ☐ Chapter 7   ☐ Chapter 11   ■ Chapter 13<br>☐ Chapter 9   ☐ Chapter 12<br>☐ Sec. 304-Case ancillary to foreign proceeding |
| Nature of Debts (Check one box)<br>■ Consumer/Non-business   ☐ Business | Filing Fee (Check one box)<br>■ Filing fee attached. |
| Chapter 11, Small Business (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3. |

Statistical/Administrative Information (Estimates Only)
■ Debtor estimates that funds will be available for distribution to unsecured credit
☐ Debtor estimates that, after any exempt property is excluded and administrative be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000+ |
|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets (Check one box)
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts (Check one box)
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court    ONLY
Northern District Of Illinois
Filed: 01/12/2004
Time: 12:00:51
Debtor: PHILIP JOHNSON
Case: 04-01094    Fee : 194
Chapter: 13   Rec. # : 3055568
Judge: Pamela Hollis
341 mtg: 02/09/2004 @ 12:00PM
ConfHrg: 03/08/2004 @ 11:00AM
Trustee: MARILYN MARSHALL
1:04BK01094-BK001



(Official Form 1) (9/97)

| **Voluntary Petition** (This page must be completed and filed in every case) | **Name of Debtor(s):** Philip Johnson | **FORM B1, Page 2** |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: Eastern Division (See Attached Pg) Northern District of Illinois | Case Number: 00-31443 | Date Filed: 10/26/00 |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: A. Benjamin Goldgar |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Philip Johnson
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)
Date: 01/09/04

**Signature of Attorney**

X /s/ Dennis G. Knipp
Signature of Attorney for Debtor(s)
Dennis G. Knipp    ARDC # 1491628
Printed Name of Attorney for Debtor(s)
Dennis G. Knipp
Firm Name
PMB 142, 8926 N. Greenwood Ave.
Address
Niles, IL 60714

847-562-0729
Telephone Number
Date: 01/09/04

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X /s/ Dennis G. Knipp                 01/09/04
Signature of Attorney for Debtor(s)    Date

**Signature(s) of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Authorized Individual by Debtor to File this Petition
Date:

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.

**Philip Johnson**      SS # XXX-XX-1867      **Chapter 13**

**Continuation Page**
**Voluntary Petition, Form B1, Page 2**

**Prior Bankruptcy Cases Filed Within Last 6 Years**

Location
<u>Where Filed</u>
Chicago
Northern District of Illinois
Eastern Division

| <u>Case #</u> | <u>Judge</u> | <u>Chapter</u> | <u>Date Filed</u> |
|---|---|---|---|
| 95-19259 | The Honorable John D. Schwartz | 13 | 09/15/1995 |
| 00-31443 | The Honorable A. Benjamin Goldgar | 13 | 10/26/2000 |

Form B6 D W (11-95)

In re: Philip Johnson　　　　　　　　　　　　Debtor(s)　Case No.　　　　　　(if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D |
|---|---|---|---|---|---|---|
| A/C # 0000746115 Countrywide Home Loans 7105 Corporate Drive Mail Stop: PTX-B-32 Plano, TX 75024 | | | VALUE $ 0.00 For Notification Purposes First Mortgage on Residence: 1746 W. 89th Street Chicago, IL 60620-4966 | 0.00 | 0.00 | |
| A/C # 0000746115 Countrywide Home Loans Attn: Customer Service SVB-314, P.O. Box 5170 Simi Valley, CA 93062-5170 | | J | VALUE $ 90,000.00 First Mortgage Arrearage on Residence: 1746 W. 89th Street Chicago, IL 60620-4966 | 7,148.06 | 0.00 | |
| A/C # 0000746115 Countrywide Home Loans Attn: Customer Service SVB-314, P.O. Box 5170 Simi Valley, CA 93062-5170 | | J | VALUE $ 90,000.00 First Mortgage on Residence: 1746 W. 89th Street Chicago, IL 60620-4966 | 49,000.00 | 0.00 | |
| A/C # 500334 Greater Suburban Acceptance G.S.A.C. P.O. Box 369 Downers Grove, IL 60515 | | | VALUE $ 3,000.00 Vehicle Loan 1993 Ford Thunderbird | 2,757.78 | 0.00 | |
| A/C # 00CH12450 Mortgage Electronic Registration Systems, Inc. c/o Codilis & Associates, P.C. 15W030 N. Frontage Rd., Ste 100 Burr Ridge, IL 60527 | | | VALUE $ 0.00 For Notification Purposes First Mortgage on Residence: 1746 W. 89th Street Chicago, IL 60620-4966 | 0.00 | 0.00 | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

　　　　　　　　　　　　　　　　　　　　　　Subtotal -> (Total of this page)　　58,905.84
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total ->　　58,905.84
_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.　　(Report total also on Summary of Schedules)

Form B6 E W (Rev 4/98)

In re: **Philip Johnson**　　　　　　　　　　　　　　　　　　Debtor(s)　Case No.　　　　　　　　(if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4300 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employes benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4300 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| | | | Subtotal -> (Total of this page) | 0.00 | | |
| | | | Total -> (use only on last page of the completed Schedule E.) | | | |

___x___ Continuation Sheets attached.
(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

FORM B6F(Official Form6F) (9/97)

In re: **Philip Johnson**, Debtor

Case No. _____ (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 773779-4059 P<br>AT&T<br>P.O. Box 8220<br>Aurora, IL 60572-8220 | | | Telephone Service | | | | 120.99 |
| ACCOUNT NO. 4121741492888800<br>Capital One Services<br>P.O. Box 85167<br>Richmond, VA 23276-0001 | | W | Credit Card | | | | 400.00 |
| ACCOUNT NO. 1523003394436745<br>Circuit City<br>c/o First North American NatlBk (FNANB) P.O. Box 42395<br>Richmond, VA 23286-5689 | | | Credit Card | | | | 679.57 |
| ACCOUNT NO. XXX-XX-1867<br>Clerk of the Circuit Court<br>50 W. Washington<br>NSF Dept. RM 1005<br>Chicago, IL 60602 | | | Overdraft<br>Non Sufficient Funds Check | | | | 640.00 |
| ACCOUNT NO. 3943137792<br>Gulf State Credit, L.L.C.<br>OSI Portfolio Services<br>Bankruptcy Department<br>P.O. Box 105460<br>Atlanta, GA 30348-5460 | | | Debt Incurred:<br>10/28/1995<br>Credit Card | | | | 15.66 |

Subtotal $ 1,856.22

Total $

X ___ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F

In re: <u>Philip Johnson</u>                              ,          Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4479481800409084<br>Providian Bank<br>P.O. Box 24224<br>Louisville, KY 40224 | | | Credit Card | | | | 783.40 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

|  |  |
|---|---|
| Subtotal | $ 783.40 |
| Total | $ 2,639.62 |

_____ continuation sheets attached.           (Use only on last page of completed Schedule F.)



3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT Northern DISTRICT OF Illinois

In re: Philip Johnson

Debtor(s) Case No. (if known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this Case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in comtemplation of and in connection with this case    $ 2,200.00
   (b) prior to filing this statement, debtor(s) have paid    $ 1,000.00
   (c) the unpaid balance due and payable is    $ 1,200.00

(3) $ 194.00 of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
No Exceptions

(6) The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
No Exceptions

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:
No Exceptions

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
No Exceptions

Dated: 01/09/04    Respectfully submitted, Dennis G. Knipp    Attorney for Petitioner

Attorney's name and address Dennis G. Knipp PMB 142, 8926 N. Greenwood Ave., Niles, IL 60714

13 CREDITORS

Philip Johnson-Debtor
1746 W. 89th St.
Chicago, IL 60620-4966

Dennis G. Knipp
Attorney for Debtor
PMB 142
8926 N. Greenwood Ave.
Niles, IL 60714

AT&T
P.O. Box 8220
Aurora, IL 60572-8220

Capital One Services
P.O. Box 85167
Richmond, VA 23276-0001

Circuit City
c/o First North American NatlBk
(FNANB) P.O. Box 42395
Richmond, VA 23286-5689

Clerk of the Circuit Court
50 W. Washington
NSF Dept. RM 1005
Chicago, IL 60602

Countrywide Home Loans
7105 Corporate Drive
Mail Stop: PTX-B-32
Plano, TX 75024

Countrywide Home Loans
Attn: Customer Service
SVB-314, P.O. Box 5170
Simi Valley, CA 93062-5170

Greater Suburban Acceptance
G.S.A.C.
P.O. Box 369
Downers Grove, IL 60515

Gulf State Credit, L.L.C.
OSI Portfolio Services
Bankruptcy Department
P.O. Box 105460
Atlanta, GA 30348-5460

Mortgage Electronic
Registration Systems, Inc.
c/o Codilis & Associates, P.C.
15W030 N. Frontage Rd., Ste 100
Burr Ridge, IL 60527

Mtge Electronic Regisration
c/o Codilis & Associates
7955 S. Cass Ave. #114
Darien, IL 60561

Providian Bank
P.O. Box 24224
Louisville, KY 40224